**Order entered December 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00996-CR
No. 05-14-00997-CR
No. 05-14-00998-CR

## MICHAEL JERARD RICHARDSON, Appellant

### V.

## THE STATE OF TEXAS, Appellee

## ORDER

The Court has before it appellant's December 29, 2014 motion to dismiss the appeals. Texas Rule of Appellate Procedure 42.2(a) requires that a motion to dismiss an appeal be signed by both the appellant and the appellant's attorney. The December 29, 2014 motion is not signed by appellant. Accordingly, we **DENY** the motion without prejudice to appellant filing a subsequent motion, within **FIFTEEN DAYS** of the date of this order, that contains the signature of both appellant and his attorney.

/s/   LANA MYERS
      JUSTICE